

# The Attorney General of Texas

October 8, 1980

MARK WHITE
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

1607 Main St., Suite 1400
Dallas, TX. 75201
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Henry Wade
District Attorney
Dallas Government Center
Dallas, Texas 75202

Opinion No. MW-249

Re: Authority of a justice of the peace to charge a fee for filing a peace bond complaint

Dear Mr. Wade:

You have requested our opinion regarding the authority of a justice of the peace to charge a fee for filing a peace bond complaint. Chapter 7 of the Code of Criminal Procedure describes the procedure for the issuance of a peace bond. Article 7.10 provides that, if the defendant is discharged, the magistrate:

> may, in his discretion, tax the cost of the proceeding against the party making the complaint.

Likewise, under article 7.14, if the accused is required to give bond:

> the costs of the proceedings shall be adjudged against him.

Although article 3935, V.T.C.S., authorizes a fee of $7.00 for the filing of a complaint and other instruments in a justice court, this statute is limited to civil cases. We are aware of no other statute which would permit a fee to be charged in connection with the filing of a peace bond. It is therefore our opinion that a justice of the peace is not authorized to charge a fee for filing a peace bond complaint.

## SUMMARY

A justice of the peace is not authorized to charge a fee for filing a peace bond complaint.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

RICHARD E. GRAY III
Executive Assistant Attorney General

Prepared by Rick Gilpin
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Susan Garrison, Acting Chairman
Walter Davis
Rick Gilpin
Bruce Youngblood